IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WANG, | Civil Action No. 2:20-cv-1952 |
| Plaintiff, | |
| v. | *Filed Electronically* |
| UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UNIVERSITY OF PITTSBURGH PHYSICIANS, AMERICAN HEART ASSOCIATION, INC., WILEY PERIODICALS, INC., SAMIR SABA, MARK GLADWIN, KATHRYN BERLACHER, MARC SIMON and JOHN DOES 1-10, | |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCES FOR MARC SIMON

AND NOW, comes one of the defendants, Marc Simon, by and through his attorneys, Dickie, McCamey & Chilcote, P.C., John C. Conti, Esquire, Jeffrey J. Wetzel, Esquire and Steven L. Ettinger, Esquire, and files the within Motion to Withdraw Appearances for Marc Simon and, in support thereof, aver as follows

1. The undersigned counsel, Dickie, McCamey and Chilcote, P.C., John C. Conti, Esquire, Jeffrey J. Wetzel, Esquire, and Steven L. Ettinger, Esquire, were retained to represent two of the defendants, the American Heart Association, Inc., and Marc Simon, M.D., in the instant litigation.

2. Appearances for the undersigned counsel were entered on behalf of the American Heart Association on January 19, 2021.  Appearances were entered on behalf of Marc Simon, M.D., on February 4, 2021.

3. Attorney Robert Ridge and Attorney Bryon Chowka recently entered their Appearances for Marc Simon, M.D.

4. The undersigned counsel will continue to represent the American Heart Association, Inc., in this matter.

5. The withdrawal of undersigned counsel from the representation of Marc Simon, M.D., will not cause undue delay or prejudice.

6. Accordingly, the undersigned counsel request that their appearances be withdrawn for defendant, Marc Simon, M.D., only

WHEREFORE, it is respectfully requested that this Honorable Court enter an order withdrawing the appearances of John C. Conti, Esquire, Jeffrey J. Wetzel, Esquire and Steven L. Ettinger, Esquire on behalf of Marc Simon, M.D.

DICKIE, McCAMEY & CHILCOTE, P.C.

By: ___/s/ Steven L. Ettinger_____
John C. Conti
Jeffrey J. Wetzel
Steven L. Ettinger

Attorneys for Defendant,
Marc Simon

2

**CERTIFICATE OF SERVICE**

    I, Steven L. Ettinger, Esquire, hereby certify that a true and correct copy of the foregoing Motion to Withdraw Appearance for Marc Simon has been served this 26th day of February, 2021, to all counsel of record via ECF.

                                                  DICKIE, McCAMEY & CHILCOTE, P.C.

                                                  By: __/s/ Steven L. Ettinger_____
                                                          Steven L. Ettinger

                                                Attorneys for Defendant,
                                              Marc Simon, M.D.

12139981.1