IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UNIVERSITY OF PITTSBURGH PHYSICIANS, AMERICAN HEART ASSOCIATION, INC., WILEY PERIODICALS, INC., SAMIR SABA, MARK GLADWIN, KATHRYN BERLACHER, MARC SIMON, and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Civil Action No. 2:20-cv-01952<br><br>Judge Marilyn J. Horan |

## MOTION TO WITHDRAW APPEARANCE

    I, Allison R. Brown, hereby move this Court to withdraw my appearance as attorney of record for Defendants University of Pittsburgh Medical Center, University of Pittsburgh Physicians, Samir Saba, Mark Gladwin and Kathryn Berlacher.  The reason for this withdrawal is that I left the law firm of Littler Mendelson, P.C. on July 23, 2021 and will no longer be representing the Defendants.  Terrence H. Murphy, Theodore A. Schroeder and Taylor N. Brailey of Littler Mendelson will remain counsel of record.

Dated:  December 22, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Allison R. Brown*
　　　　　　　　　　　　　　　　　　　　Allison R. Brown (Pa. No. 309669)
　　　　　　　　　　　　　　　　　　　　PPG
　　　　　　　　　　　　　　　　　　　　1 PPG Place, 4th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15272
　　　　　　　　　　　　　　　　　　　　Phone: (412) 434-1821
　　　　　　　　　　　　　　　　　　　　E-mail: arbrown@ppg.com

　　　　　　　　　　　　　　　　　　　　*Withdrawing Attorney*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of December 2021, a true and correct copy of the foregoing Motion to Withdraw Appearance was filed using the Western District of Pennsylvania's CM/ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*s/ Allison R. Brown*
Allison R. Brown

4859-8534-6311.1 / 070100-1006