# Exhibit “A”

University of Pittsburgh

Confirmation Statement of Benefit Elections for Norman C Wang

**Prepared:** 03/28/2019 **Effective Date:** 04/01/2019 **Emp #:** [redacted] **Social Security Number:** [redacted]

| 1. PRE-TAX SELECTIONS: | Monthly Cost to You | Monthly University Cost |
|---|---|---|
| Panther Advocate (Individual) | $68.00 | $452.00 |
| Vision Fashion Excellence (Individual) | $6.93 | $.00 |
| United Concordia Plus Managed Care (Individual) | $19.83 | $.00 |
| Health Care Spending Waive | $.00 | $.00 |
| Dependent Care Spending Waive | $.00 | $.00 |
| Parking Waive | $.00 | $.00 |
| Mass Transit Waive | $.00 | $.00 |
| **Monthly Cost of Pre-Tax Selections** | **$94.76** | **$452.00** |
| **Total Monthly Cost of Pre-Tax Selections** | **$94.76** | **$452.00** |

| 2. UNIVERSITY PROVIDED INSURANCES: | Monthly Cost to You | Coverage | Monthly University Cost |
|---|---|---|---|
| Basic Life Insurance (1.0xSalary) | $.00 | ******** | $10.75 |
| Basic AD&D (1.0xSalary) | $.00 | ******** | $.75 |

| 3. AFTER TAX SELECTIONS: | Monthly Cost to You | Coverage | Monthly University Cost |
|---|---|---|---|
| Optional Life Insurance (Waive) | $.00 | | $.00 |
| Optional AD&D (Waive) | $.00 | | $.00 |
| Dependent Life_Spouse (Waive) | $.00 | | $.00 |
| Dependent Life_Child (Waive) | $.00 | | $.00 |
| **Total Monthly Cost of After Tax Selections** | **$.00** | | **$.00** |

| 4. OTHER UNIVERSITY PROVIDED INSURANCES: | Monthly Cost to You | Monthly University Cost |
|---|---|---|
| Long Term Disability | $.00 | $18.10 |

| 5. CONTRIBUTION SUMMARY: | Monthly Cost to You | Monthly University Cost |
|---|---|---|
| Premium Costs | $94.76 | $481.60 |
| Spending Account(s) | $.00 | $.00 |
| **Total Contribution** | **$94.76** | **$481.60** |

6. DEPENDENTS:

| SSN | Birth Date | Medical | Dental | Vision |
|---|---|---|---|---|

Norman C Wang
[redacted]

# 2021 W-2 and EARNINGS SUMMARY

Employee Reference Copy

**W-2** Wage and Tax Statement **2021**

Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0000004480 UUQ | | CKR5 | S 19803 |

c Employer's name, address, and ZIP code

UNIVERSITY OF PITTSBURGH
4200 FIFTH AVENUE
PITTSBURGH, PA 15260

e/f Employee's name, address, and ZIP code

NORMAN C WANG
[redacted]

| | |
|---|---|
| b Employer's FED ID number [redacted] | a Employee's SSA number [redacted] |
| 1 Wages, tips, other comp. [redacted] | 2 Federal income tax withheld [redacted] |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 [redacted] |
| 14 Other 30.00 PA SUI | 12b \| |
| | 12c \| |
| | 12d \| |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| PA | 1598 5369 | [redacted] |

| | |
|---|---|
| 17 State income tax [redacted] | 18 Local wages, tips, etc. [redacted] |
| 19 Local income tax [redacted] | 20 Locality name 700102 |

NORMAN C WANG
[redacted]

[redacted]

© 2021 ADP, Inc.

Fold and Detach Here

PAGE 01 OF 01


FACULTY
07/2022
NORMAN WANG
[redacted]
EN: [redacted]
University of Pittsburgh


Norman
Wang, MD
Faculty - Physician
UNIVERSITY OF PITTSBURGH PHYSICIANS
UPMC

**Wang, Norman C**

**From:** Arrington, Ryan Daniel <RYANA@pitt.edu>
**Sent:** Thursday, March 23, 2017 12:22 PM
**To:** Wang, Norman C
**Subject:** RE: Pitt/UPMC retirement

Good afternoon Dr. Wang,

You do not have any Defined Contribution benefit through the University of Pittsburgh, but you do have a benefit through our Defined Benefit Pension Plan. You were defaulted into this plan upon becoming an eligible University of Pittsburgh employee in 2008. The benefit has been accumulating and growing since that time. In order to obtain detailed information about the amount of money that you may have available to you when you are separated from the University and turn 65, please contact our Pension Administration Center at 1-866-283-0208. A very rough estimate that has not been audited in our system indicates that your benefit may have been worth around $9,100/year if claimed as a single life annuity, claimed at the age of 65. This is a pension plan and so the payments would continue until your death. If you claimed the benefit with a surviving spouse option, then some payment would continue until both you and your spouse were deceased.

Thank you,

ryan

Ryan Arrington

Benefits Analyst
University of Pittsburgh
Benefits Department
412.624.8057 fax: 412.624.3485

*This message is confidential. The information contained in this email and any attachments is intended solely for the use of the recipient(s) named above. Any unauthorized or improper disclosure, copying, distribution or use of the contents of this email and/or any attachments is prohibited. If you have received this communication in error, you should not disseminate, distribute or copy this email or attachments, and you are requested to notify the sender immediately by email and to delete the original email and any attachments from your system.*

---

**From:** Wang, Norman C [mailto:wangnc@upmc.edu]
**Sent:** Thursday, March 23, 2017 10:57 AM
**To:** Arrington, Ryan Daniel <RYANA@pitt.edu>
**Subject:** Pitt/UPMC retirement

Hi Ryan,

I'm not sure if you are the one to help me with this, but I have a question/request regarding retirement. I am on faculty at Pitt Med and draw salary from both Pitt and UPMC. My retirement benefits, from my understanding, have always been through UPMC and I can see my balances by going to the UPMC Retirement Benefits website.

I have been asked to show some proof that I do not have additional retirement accounts through Pitt. Can you verify this for me? I think a simple e-mail response would do, unless you have a more formal verification document that you can provide.

My cell-phon[redacted] if you need to contact me.

Thanks,
Norm

Norman C. Wang, MD, MS, FACC, FHRS
Assistant Professor of Medicine – Clinical Cardiac Electrophysiology
University of Pittsburgh School of Medicine
[redacted]

University of Pittsburgh Pension Administration Center
P.O. Box 5283
Cherry Hill, NJ 08034-5283

University of Pittsburgh

00003500
NORMAN C WANG
[redacted]

September 13, 2021

https://www.lifeatworkportal.com/upitt
1-866-283-0208

## Your Pension Administration Center Registration Key

On September 22, 2021, you will have access to pension benefits information on the Pension Administration Center portal. You will be required to register new login credentials.

## What You Need to Know

- You will need to register as a first-time user and create new credentials to access the Pension Administration Center.
- You will need the Registration Key shown below to register.
- If you do not register, **you will not have online access to your benefits information. You may experience unnecessary delays or miss important benefit updates**.

## What You Need to Do

- Starting September 22, 2021, visit the Pension Administration Center portal at https://www.lifeatworkportal.com/upitt. Select **Register (First-time user)** and follow the instructions.
- Your Registration Key expires on October 3, 2021. If your Registration Key expires, follow the online instructions to request a new one.
- If you requested a new key after the date of this letter, this key is invalid.

[redacted]

If you have difficulty accessing the Pension Administration Center site, please contact us.

## Contact Us

- Web: https://www.lifeatworkportal.com/upitt
- Phone: 1-866-283-0208
- Hours: Monday through Friday between the hours of 8:00 AM and 6:00 PM Eastern Time

000339 - 0002 of 0002 - NNNNNN - 00678 JOBID 7DB6F1FD935

# University of Pittsburgh

**DAVIS VISION**
EYECARE REFRAMED℠

As requested, we are pleased to provide you with information on your vision benefit to help you care for your vision and eye health – a key part of overall health and wellness!

**Using your benefits is easy!** Just log on to our Member site at davisvision.com and click "Find a Provider," or call us at 1.800.999.5431.

**Make an appointment.** Tell your provider you are a Davis Vision member with coverage through the University of Pittsburgh. Provide your member ID number, name and date of birth, and do the same for your covered dependents seeking vision services. Your provider will take care of the rest!

10 12************AUTO**SCH 5-DIGIT 15213 1732
Norman Wang
[redacted]

## Your Davis Vision Fashion Excellence Plan Benefits

100% OF YOUR CALLS & CLAIMS ARE PROUDLY ADMINISTERED IN THE USA

| Benefit | Frequency Once every - | In-network Copay | In-network Coverage |
|---|---|---|---|
| **Eye Examination** | 12 months | $0 | Covered in full. *Includes dilation when professionally indicated.* |
| **Spectacle Lenses** | 12 months | $0 | Clear plastic lenses in any single vision, bifocal, trifocal or lenticular prescription. Covered in full. (See below for additional lens options and coatings.) |
| **Frame** | 12 months | $0 | **Covered in Full Frames:** Any Fashion level frame from Davis Vision's Collection[1] (retail value, up to $100).<br>**OR, Frame Allowance:** $60 toward any frame from provider. No copay required.<br>**OR, Visionworks Frame Allowance:** $110 allowance toward any frame from a Visionworks family of store locations.[4] No copay required. |
| **Contact Lens Evaluation, Fitting & Follow Up Care** | 12 months | $0 | **Standard Contacts:** Covered in full.<br>**Specialty Contacts[2]:** Covered in full. |
| **Contact Lenses** (in lieu of eyeglasses) | 12 months | $0 | **Contact Lens Allowance:** $75 allowance toward any contacts from provider's supply. No copay required.<br>**OR, Medically Necessary Contacts:** Covered in full with prior approval. |

**Significant savings on optional frames, lens types and coatings!**

| Item | Member Price |
|---|---|
| Davis Vision Collection Frames: Fashion \| Designer \| Premier | $0 \| $20 \| $40 |
| Tinting of Plastic Lenses | $15 |
| Oversize Lenses | $0 |
| Scratch-Resistant Coating | $20 |
| Ultraviolet Coating | $15 |
| Anti-Reflective Coating: Standard \| Premium \| Ultra | $40 \| $55 \| $69 |
| Polycarbonate Lenses | $0[3]-$35 |
| High-Index Lenses | $60 |
| Progressive Lenses: Standard \| Premium \| Ultra | $65 \| $105 \| $140 |
| Polarized Lenses | $75 |
| Photochromic Lenses (i.e. Transitions®, etc.)[5]: Plastic \| Glass | $70 \| $20 |
| Intermediate-Vision Lenses | $30 |
| Blended Invisible Lenses | $20 |

*[1] The Davis Vision Collection is available at most participating independent provider locations.*
*[2] Including, but not limited to toric, multifocal and gas permeable contact lenses.*
*[3] For dependent children, monocular patients and patients with prescriptions of +/- 6.00 diopters or greater.*
*[4] Allowance is available at these Visionworks family of store locations: Davis Vision, Empire Vision Centers, Total Vision Care, EyeMasters, Cambridge Eye Doctors, Vision World, Dr. Bizer's Vision World, Eye Dr, Dr. Bizer's Valu Vision, Doctor's Valu Vision, Hour Eyes, Visionworks.*
*[5] Transitions® is a registered trademark of Transitions Optical Inc*

*Please note: Your provider reserves the right to not dispense materials until all applicable member costs, fees and copayments have been collected. Contact lenses: Routine eye examinations do not include professional services for contact lens evaluations. Any applicable fees above the evaluation and fitting allowance are the responsibility of the member. If contact lenses are selected and fitted, they may not be exchanged for eyeglasses. Progressive lenses: If you are unable to adapt to progressive addition lenses you have purchased, conventional bifocals will be supplied at no additional cost; however, your copayment is nonrefundable. May not be combined with other discounts or offers. Please be advised these lens options and copayments apply to in-network benefits.*

## Wang, Norman C

**From:** Saba, Samir
**Sent:** Wednesday, August 16, 2017 6:58 AM
**To:** Wang, Norman C
**Subject:** FW: Norman Wang

FYI

---

**From:** Gladwin, Mark T
**Sent:** Tuesday, August 15, 2017 9:02 PM
**To:** Saba, Samir <sabas@upmc.edu>; Lee, Joon Sup (Cath Lab) <leej@upmc.edu>
**Subject:** Re: Norman Wang

ok by me, good idea

Mark T. Gladwin, M.D.
Jack D. Myers Professor and Chair
Chairman of the Department of Medicine
Director, Pittsburgh Heart, Lung, Blood and Vascular Medicine Institute
UPMC and the University of Pittsburgh School of Medicine

[redacted]

---

**From:** "Saba, Samir" <sabas@upmc.edu>
**Date:** Tuesday, August 15, 2017 at 4:59 PM
**To:** "Lee, Joon Sup (Cath Lab)" <leej@upmc.edu>, Mark Gladwin <gladwinmt@upmc.edu>
**Subject:** Norman Wang

Joon and Mark,

I just presented Norm to the GIM committee for promotion to Associate Professor of Medicine outside of the tenure stream. His file was well received but the committee suggested that we switch his pathway from the 'clinician-investigator' to the 'clinician-educator' pathway, which makes sense. The feeling is that although he is well published, he does not have any extramural funds. As program director of the EP training program, it would be a more straightforward path for him to be considered as a clinician-educator. In order not to delay matter, the committee has voted already on his promotion with the assumption that we will make that change…

If ok with you, I would ask Norm to update the executive summary and letter.

Samir

University of Pittsburgh

Office of the Provost
**Faculty Records**

G-39 Cathedral of Learning
4200 Fifth Avenue
Pittsburgh, PA 15260
412-624-4232
Fax:412-624-1999

July 5, 2018

Dr. Norman C. Wang
128 North Craig Street, Apartment 606
Pittsburgh, Pennsylvania 15213

Dear Dr. Wang:

I am pleased to inform you that your promotion has been approved as Associate Professor of Medicine in the School of Medicine, Department of Medicine, effective August 1, 2018. This appointment is outside the tenure stream.

If this is acceptable to you, please print and sign a copy and return it to the Office of Faculty Records at facrec@pitt.edu or send to G-39 Cathedral of Learning, within ten days.

Sincerely,

Patricia E. Beeson
Provost

______________________ ______________

**Signature** **Date**

## Wang, Norman C

**From:** Gladwin, Mark T
**Sent:** Friday, July 6, 2018 11:13 AM
**To:** Wang, Norman C
**Subject:** Fw: Dr. Norman Wang - promotion to Associate Professor of Medicine non-tenure
**Attachments:** 2018-7-5. WANG Norman. Provost.pdf

Congratulations!

Best,
Mark

---

**From:** Brunner, Janet L <brunnerj@pitt.edu>
**Sent:** Friday, July 6, 2018 11:04 AM
**To:** Lee, Joon Sup (Cath Lab); Gladwin, Mark T; O'Donnell, Christopher P; Ryan, Tracey; Dennison, Erin; Lyons, Annmarie; Radulovich, Nichole; Griener, Lisa Marie; Robinet, Jane-Ellen; Bopp, Lisa; Schweninger, Natalie; Acri, Gerri
**Subject:** Dr. Norman Wang - promotion to Associate Professor of Medicine non-tenure

FYI – university letter approving promotion to Associate Professor of Medicine non-tenure effective 8/1/18

Thank you
Janet Brunner
Department of Medicine