# Exhibit "B"

MyDisclosures University of Pittsburgh UPMC LIFE CHANGING MEDICINE

Date: Friday, March 18, 2022 2:16:53 PM Print Close

View: Custom_SF: Institutional Responsibilities

# Annual Certification for Norman Wang : Institutional Responsibilities

1. * Identify your affiliations with Pitt and/or UPMC: *(check ALL that apply)*

I am a PITT Faculty or Researcher.

- Full-time faculty (≥ 50% FTE);

☑
- Part-time or adjunct faculty who are identified by their supervisors as mandatory disclosers;
- Any individual (faculty, staff or trainee) who is INDEPENDENTLY responsible for the design, conduct or reporting of Pitt research.

---

I am a PITT Administrator.

- Administrators and staff members whose positions are classified at Administrator IV and above;

☐
- Individuals in a position to make, direct or materially influence University business decisions; or
- Pitt employees with significant input over the selection of outside vendors or service providers

---

☑ I am a UPMC employee or researcher.

- Individuals employed by UPMC to undertake activity for or on behalf of UPMC;
- Individuals in a position to make, direct or materially influence UPMC business decisions;

- Individuals who conduct or engage in research under the oversight of the UPMC Office of Sponsored Programs and Research Support; or

- Individuals who received notification from a UPMC manager or the UPMC Conflict of Interest Office to complete a disclosure form.

---

## 2. Your supervisor who will approve this disclosure:

Samir Saba

**Faculty** - Your Primary Supervisor is your Department Chair, Division Chief or equivalent faculty supervisor from your department who completes your annual performance evaluation

**Staff** - Your Primary Supervisor is the person who completes your annual performance evaluation

Your supervisor must have a Pitt appointment or affiliation. Do not list a UPMC-only employee as your supervisor. Do not list the same person as your primary and secondary supervisor. If you have only one supervisor list them as your primary supervisor.

Update Primary Supervisor

## 3. * Do you have another supervisor who oversees your responsibilities? (e.g. Director of Center or Instititue)

● Yes ○ No

Your secondary supervisor must have a Pitt appointment or affiliation. Do not list a UPMC-only employee as your supervisor. Do not list the same person as your primary and secondary supervisor. If you have only one supervisor list them as your primary supervisor.

### Please select your secondary supervisor(s):

*To search for an individual start by typing the first name followed by the last name or last name, first name.*

| First Name | Last Name | Employer / Department |
|---|---|---|
| Sandeep | Jain | Medicine |

## 4. * Regarding funding from the Public Health Service (PHS), which include NIH: ?

- Do you currently conduct research funded by PHS/NIH?; or
- Have you submitted an application to the NIH or any agency of the PHS that is pending for review or funding?; or
- In the next 12 months, do you anticipate conducting or applying for PHS/NIH-funded research?

○ Yes ● No