IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WANG, | : | Civil Action No. 2:20-cv-01952 |
| Plaintiff, | : | |
| v. | : | Judge Marilyn J. Horan |
| UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, SAMIR SABA, MARK GLADWIN, and KATHRYN BERLACHER, | : : : | PROPOSED ORDER |
| Defendants. | : | |

AND NOW, this 1st day of May, 2023, this Court, upon review of the parties' Joint Motion to Amend Initial Case Management Order, and good cause having been shown, the Court ORDERS that the Motion is hereby GRANTED:

The Court further ORDERS that the Initial Case Management Order (ECF No. 116) is amended as follows:

a) Additional parties shall be joined, or motions to do so shall be filed, on or before May 26, 2023.

b) Pleadings shall be amended, or motions to do so shall be filed, on or before May 26, 2023.

c) Fact discovery shall be completed on or before September 15, 2023.

d)  The Post-Discovery Status Conference set for May 30, 2023, at 9:00 AM, is hereby continued until September 26, 2023, at 9 AM. Counsel shall refer to AT&T Scheduling Notice, (ECF No. 104), for information on accessing the Telephone Conference.

Marilyn J. Horan
United States District Judge