IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WANG, | ) |
|     Plaintiff, | ) 2:20-cv-1952 |
| vs. | ) District Judge Marilyn J. Horan |
| UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UNIVERSITY OF PITTSBURGH PHYSICIANS, SAMIR SABA, MARK GLADWIN, and KATHRYN BERLACHER, | ) |
|     Defendants. | ) |

**ORDER**

AND NOW on this 15th day of August 2023, following thorough review of Special Master Carol Katz's Report and Recommendation, (ECF No. 132), Plaintiff's Objections and accompanying exhibits, (ECF No. 158), and Defendants' Response and accompanying exhibits, (ECF No. 163), this Court sustains in part and overrules in part the Plaintiff's Objections. Further, this Court adopts in part and modifies in part the Special Master's Report and Recommendation. Plaintiff's Objections are sustained in regard to the clarification of the agreement's name. Said reference shall reflect the correct name, "Third Amendment of Relationship Agreement." Plaintiff's Objections are also sustained in regard to e-Discovery of Dr. Bump's email and text message communications. The Plaintiff may seek additional e-Discovery of Dr. Bump's email and text message communications. In all other respects, Plaintiff's Objections are overruled and the remainder of Special Master Katz's Report and

Recommendation is adopted as an Order of the Court.

                                               Marilyn J. Horan
                                               United States District Judge