IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WANG, | ) |
|     Plaintiff, | ) 2:20-cv-1952 |
| vs. | ) District Judge Marilyn J. Horan |
| UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, SAMIR SABA, MARK GLADWIN, and KATHRYN BERLACHER, | ) |
|     Defendants. | ) |

**ORDER**

AND NOW, on this 22nd day of August 2023, upon consideration of Defendant University of Pittsburgh's Motion to Dismiss and Brief in Support, (ECF Nos. 165 & 166), Dr. Wang's Response, (ECF No. 168), and the University's Reply, (ECF No. 169), it is hereby ordered that the University of Pittsburgh's Motion to Dismiss is denied in part and granted in part.

The University of Pittsburgh's Motion to Dismiss is denied as to Dr. Wang's Title VII and PHRA retaliation claims in regard to his July 31, 2020 statements made to Drs. Saba and Berlacher.

The University of Pittsburgh's Motion to Dismiss is granted as to Dr. Wang's Title VII and PHRA retaliation claims in regard to the statements made within Dr. Wang's *JAHA* article. Dr. Wang is not granted leave to amend his Title VII and PHRA retaliation claims in regard to the statements made within his *JAHA* article. The University of Pittsburgh is directed to file an

Answer to Dr. Wang's Fourth Amended Complaint by September 5, 2023.

                                              Marilyn J. Horan
                                              United States District Judge