IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WANG,<br><br>                Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UNIVERSITY OF PITTSBURGH PHYSICIANS, SAMIR SABA, MARK GLADWIN, and KATHRYN BERLACHER,<br><br>                Defendants. | Civil Action No. 2:20-cv-01952<br><br>Judge Marilyn J. Horan |

## **[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER**

AND NOW, this 25th day of August, 2023, upon review of the parties' Joint Motion to Amend Case Management Order, and good cause having been shown, the Court ORDERS that the Motion is hereby GRANTED:

The Court further ORDERS that the Initial Case Management Order (ECF No. 116) and the subsequent Order (ECF No. 129) amending the Initial Case Management Order are amended as follows:

a) Fact discovery shall be completed on or before December 15, 2023.

b) The Post-Discovery Status Conference set for September 26, 2023, at 9:00 AM, is hereby continued until December 18, 2023, at 9:00 AM in a Video Conference.

Chambers staff will provide counsel with the link for accessing the Video Conference in advance. Counsel shall submit a Joint Status Report by December 15, 2023 advising the Court of the status of the case.

IT IS SO ORDERED.

                                                                        Marilyn J. Horan
                                                                         United States District Judge