IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | | |
|---|---|---|
| NORMAN WANG, | ) | |
| | ) | |
| Plaintiff, | ) | **2:20-CV-01952-MJH** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH, UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UNIVERSITY OF PITTSBURGH PHYSICIANS, SAMIR SABA, MARK GLADWIN, KATHRYN BERLACHER, | ) ) ) | |
| Defendants, | | |

## ORDER

AND NOW, this 26th day of March 2025, upon consideration of Defendants' Motions for Summary Judgment, accompanying briefs, and Concise Statement of Material Facts, (ECF Nos. 184-186, 189-191), Plaintiff's Responses to Defendants' Motions for Summary Judgment, accompanying briefs, and Counter Statement of Material Facts, (ECF Nos. 199-201), Defendants' Replies, (ECF No. 207, 210), the oral arguments of the parties, and for the reasons discussed in the foregoing opinion, it is so ordered as follows:

1. Defendants University of Pittsburgh Medical Center, University of Pittsburgh Physicians, Samir Saba, Mark Gladwin, and Kathryn Berlacher's Motion for Summary Judgment, (ECF No. 184), is granted in full.

2. Defendant University of Pittsburgh's Motion for Summary Judgment, (ECF No. 189), is granted in full.

Judgment will be entered in favor of Defendants and against Plaintiff as to all claims and Counts within the Fourth Amended Complaint. The clerk shall mark this case closed.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge